# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Mohr,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-23-00535-TUC-SHR<br><br>**Order Adopting Report & Recommendation** |

On November 1, 2024, Magistrate Judge Lynnette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the Court affirm the Commissioner of Social Security's decision. (Doc. 26.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 7.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed. As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Kimmins indicating "[i]f objections are not timely filed, they may be deemed waived." (Doc. 26 at 7.) Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review the magistrate judge's report and recommendation because no objections were filed).

Accordingly,

**IT IS ORDERED** Magistrate Judge Kimmins' Report and Recommendation (Doc. 26) is **ADOPTED.**

**IT IS FURTHER ORDERED** the Commissioner of Social Security's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 17th day of December, 2024.

Honorable Scott H. Rash
United States District Judge